IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARSHALL EDWARDS and ALICE EDWARDS, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| WILSON COUNTY GOVERNMENT *et al.*, | ) ) ) |
| Defendants. | ) ) |

Case No. 3:24-cv-00831
Judge Aleta A. Trauger

## ORDER

For the reasons set forth in the accompanying Memorandum, the Magistrate Judge's Report and Recommendation (Doc. No. 67) is **ACCEPTED** in its entirety. The plaintiffs' Objections and Supplemental Objections (Doc. Nos. 68, 76) are **OVERRULED**, and the Motions to Dismiss and renewed Motions to Dismiss filed by the City of Lebanon Police Department (Doc. Nos. 13, 61), and the Wilson County Government, Wilson County Court, Wilson County Board of Commissioners, Wilson County Judicial District, and Wilson County Human Resources Department (Doc. Nos. 20, 56) are **GRANTED**. All claims against these defendants are **DISMISSED WITH PREJUDICE**.

In addition, the court *sua sponte* **DISMISSES WITHOUT PREJUDICE** the claims against Circuit Court Judge Michael Collins, on the twin grounds of failure to effect timely service of process, despite notice and opportunity to show cause, and absolute judicial immunity.

The case remains on referral to the Magistrate Judge for disposition of an additional Motion to Dismiss (Doc. No. 64).

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge