IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARSHALL EDWARDS and ALICE EDWARDS, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) Case No. 3:24-cv-00831 ) Judge Aleta A. Trauger |
| WILSON COUNTY GOVERNMENT *et al.*, | ) ) ) ) |
| Defendants. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Objections (Doc. No. 89) filed by plaintiff Alice Edwards to the Magistrate Judge's Report and Recommendation ("R&R") (Doc. No. 88) are hereby **OVERRULED**, and the Report and Recommendation is **ACCEPTED** in its entirety.

Accordingly, the court rules as follows, in accordance with the recommendations in the R&R:

(1) the claims brought by plaintiff Marshall Edwards, deceased, are **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 25(a)(1); and

(2) the Motion to Dismiss for Insufficient Service and Lack of Personal Jurisdiction (Doc. No. 64), filed by defendants Fresh Co. Foods, LLC and William Brown is **GRANTED**, and plaintiff Alice Edwards' claims against these defendants are **DISMISSED WITHOUT PREJUDICE** under Rule 4(m) and Rule 12(b)(5) for untimely and insufficient service of process.

All other defendants and claims having already been dismissed, this case is **DISMISSED**, and this the final Order in this case, for purposes of Federal Rule of Civil Procedure 58.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge